153 A.3d 206

IN THE MATTER OF FRANK A. LOUIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 004481973)

JANUARY 25, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–420, concluding that **FRANK A. LOUIS** of **TOMS RIVER,** who was admitted to the bar of this State in 1973, should be censured for violating *RPC* 1.7(a)(2) (conflict of interest), *RPC* 8.4(b)(criminal act that reflects adversely on the lawyer's honesty, trust worthiness or fitness as a lawyer in other respects), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **FRANK A. LOUIS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary. Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.